**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00025-CV**
_____

**TAXA, INC. D/B/A TAXA OUTDOORS, Appellant**

**V.**

**BEEHIVE FUND CORPORATION, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-06-07189-CV**
_____

**MEMORANDUM OPINION**

Appellant Taxa, Inc. d/b/a Taxa Outdoors filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on July 28, 2021
Opinion Delivered July 29, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

1